5979.  BARTON *v.* GEORGIA FRUIT PACKAGE MANUFACTURING CO.

WADE, J.   1. The legal questions involved were fairly submitted by the charge of the court, and the finding of the jury upon the issues of fact is conclusive, since there was evidence to support the verdict.

2. If any fuller charge had been desired as to any feature of the defense interposed, a timely request therefor should have been submitted in writing.

3. The court did not err in overruling the motion for a new trial.

*Judgment affirmed.*

DECIDED JULY 30, 1915.

Complaint; from city court of Macon—Judge Hodges.   July 18, 1914.

*L. D. Moore,* for plaintiff in error.   *Miller & Jones,* contra.

---

5983.   ADAMS *v.* PARRISH.

WADE, J.   The evidence as a whole sufficiently supported the verdict. There is no substantial merit in the various assignments of error, and the court did not err in overruling the motion for a new trial.

*Judgment affirmed.*

DECIDED JULY 30, 1915.

Complaint; from city court of Nashville—Judge Christian.   August 8, 1914.

*J. J. Murray,* for plaintiff in error.

*W. D. Buie, D. M. Buie,* contra.

---

5994.   LOVING & CO. *v.* PARKER, guardian.

WADE, J.   1. There is no substantial merit in any of the exceptions to the charge of the court, when the excerpts complained of are viewed in connection with the entire charge.

2. The evidence sufficiently supported the allegations made in the petition, proof of which this court has heretofore held would warrant a recovery (*Parker* v. *Loving,* 13 *Ga. App.* 284, 79 S. E. 77), and the verdict was authorized.

3. The court did not err in overruling the motion for a new trial.

*Judgment affirmed.*

DECIDED JULY 30, 1915.

Action for damages; from city court of Americus—Judge Littlejohn presiding.   August 11, 1914.

*Shipp & Sheppard,* for plaintiffs in error.

*L. J. Blalock, J. A. Hixon,* contra.